Judgment of the Municipal Court affirmed, with costs.

SPECHT, Respondent, v. WATERBURY CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Henry W. Specht, as administrator, etc., of Magdalena Specht, deceased, against the Waterbury Company. No opinion. Order affirmed on argument. with $10 costs and disbursements. See, also, 70 Misc. Rep. 404, 127 N. Y. Supp. 137.

SPENCER, Respondent, v. ORDER OF THE GOLDEN SEAL, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Hannah C. Spencer against the Order of the Golden Seal. No opinion. Judgment unanimously affirmed, with costs.

In re SPUYTEN DUYVIL ROAD. (Supreme Court, Appellate Division, First Department. June 9, 1911.) In the matter of the Spuyten Duyvil Road. No opinion. Motion granted. Settle order on notice. See, also, 116 N. Y. Supp. 857.

S. SHOPIRO CO., Respondent, v. MARYLAND CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by the S. Shopiro Company against the Maryland Casualty Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., not sitting.

STANFIELD, Appellant, v. TOWN OF HAMBURG, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by Esther S. Stanfield, as administratrix, etc., against the Town of Hamburg.
PER CURIAM. Judgment affirmed, with costs. See, also, 140 App. Div. 917, 920, 125 N. Y. Supp. 1145.
McLENNAN, P. J., dissents, upon the ground that the questions of negligence and of freedom from contributory negligence are questions of fact for the jury.

STANTON, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) Action by Starr M. Stanton against the Lehigh Valley Railroad Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
KELLOGG, J., not sitting.

STATE BOARD OF PHARMACY v. F. W. WOOLWORTH & CO. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by the State Board of Pharmacy against F. W. Woolworth & Co. No opinion. Motion denied, with $10 costs. Order filed. See, also, 127 N. Y. Supp. 1109.

In re STEDMAN et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) In the matter of Robert S. Stedman and others, as executors, etc. D. Leventritt, for appellant. A. H. Cumbers, for respondent.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
LAUGHLIN, J., dissents.

STENSON v. J. H. FLICK CONST. Co. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Annie Stenson, as administrator, against the J. H. Flick Construction Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

STEVENSON, Appellant, v. STEVENSON, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Clarence A. Stevenson against Helen W. Stevenson. L. Schuldenfrei, for appellant. A. Bangser, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STIEFEL, Appellant, v. STIEFEL, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Minnie Stiefel against Ike Stiefel. A. P. Wagener, for appellant. E. A. Klein, for respondent. No opinion. Order affirmed. Order filed. See, also, 133 App. Div. 897, 118 N. Y. Supp. 1145.

STILES, Respondent, v. NORTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by Charles H. Stiles against Adelbert Norton. No opinion. Judgment and order affirmed, with costs.

STOCKHAM, Appellant, v. BOROUGH BILL POSTING CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by George T. Stockham against the Borough Bill Posting Company.
PER CURIAM. While the questions of law involved herein may ultimately warrant an application for leave to appeal to the Court of Appeals we think there should be a retrial of the case under our decision. Motion denied, without costs. See, also, 129 N. Y. Supp. 745.

In re STODDARD. (Supreme Court, Appellate Division, First Department. May 19, 1911.) In the matter of Charles H. Stoddard, an attorney. No opinion. Reference ordered before the official referee. Settle order on notice.

STOLLER & COOK CO., Respondent, v. VENNETTE F. PELLETREAU & CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by the Stoller & Cook Company against Vennette F. Pelletreau & Co. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 128 N. Y. Supp. 1147.